# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTURO RICO PEREZ, | ) | |
| Petitioner, | ) | Case No. 2:16-cv-01280-GMN-CWH |
| vs. | ) | **ORDER SETTING** |
| ZAIRA ALEJANDRA CARRASCO SAENZ, | ) | **CASE-MANAGEMENT** |
| Respondent. | ) | **CONFERENCE** |

Presently before the Court is Petitioner Arturo Rico Perez's Verified Complaint and Petition for Return of Children to Petitioner (ECF No. 1), filed on June 8, 2016.

In this case, Petitioner seeks the return of his child to Mexico under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention"). Given that Hague Convention cases for the return of minor children must be handled on an expedited basis, the Court will set a case-management conference for Monday, June 20, 2016, at 9:00 a.m. At the case-management conference, the parties should be prepared to discuss the following topics:

- the child's current location and living situation;
- whether a discovery plan should be adopted;
- the substantive issues likely to be raised at the evidentiary hearing;
- how the parties intend to present evidence (e.g., by telephone, declaration or affidavits, or live testimony); and
- whether this case would be appropriate for mediation.

IT IS THEREFORE ORDERED that a case-management conference is set for Monday, June 20, 2016, at 9:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

///

IT IS FURTHER ORDERED that Respondent Zaira Alejandra Carrasco Saenz must attend the case-management conference in person and may also have an attorney appear with her.  If Respondent is unable to obtain private counsel, Respondent may wish to contact an organization such as the Legal Aid Center of Southern Nevada or the State Bar of Nevada Lawyer Referral and Information Service.

IT IS FURTHER ORDERED that Petitioner Arturo Rico Perez must serve a copy of this Order on Zaira Alejandra Carrasco Saenz and file proof of that service by 5:00 p.m. on June 17, 2016.

DATED: June 10, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**