1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARTURO RICO PEREZ,                            )
                                              )
                    Petitioner,               )        Case No. 2:16-cv-01280-GMN-CWH
                                              )
vs.                                           )        **ORDER**
                                              )
ZAIRA ALEJANDRA CARRASCO SAENZ,               )
                                              )
                    Respondent.               )
_____ )

13      At the case-management conference on June 20, 2016, the Court ordered Respondent Zaira

14  Alejandra Carrasco Saenz to respond to Petitioner Arturo Rico Perez's complaint (ECF No. 1) by

15  July 1, 2016.  (Mins. of Proceedings (ECF No. 12).)  The Court further ordered Respondent to

16  notify the Court in writing regarding the status of her legal representation by July 1, 2016.  (*Id.*)

17      On July 1, 2016, Respondent filed her answer (ECF No. 20).  Although Respondent's

18  signature block states that she is a "Defendant in Proper Person," the answer states that it was

19  prepared for Respondent by attorney Emily McFarling.  (Ans. (ECF No. 20) at 13.)  The answer

20  was electronically filed in the Court's electronic filing system by Emily Benson, which the Court

21  understands to be an alias for Emily McFarling.  It is unclear to the Court whether Respondent

22  intends to represent herself in this case or whether she is represented by attorney Emily McFarling.

23      IT IS THEREFORE ORDERED that by July 14, 2016, attorney Emily McFarling must file

24  a status report stating whether she represents Respondent Zaira Alejandra Carrasco Saenz or

25  whether Respondent will represent herself in this case.

26  / / /

27  / / /

28  / / /

1    IT IS FURTHER ORDERED that in addition to serving a copy of this order via U.S. Mail

2  on Respondent Zaira Alejandra Carrasco Saenz, the Clerk of Court must serve a copy of this order

3  via U.S. Mail on attorney Emily McFarling at McFarling Law Group, 6230 W. Desert Inn Road,

4  Las Vegas, Nevada 89146.

5

6    DATED: July 7, 2016.

7

8  _____

   **C.W. Hoffman, Jr.**

9  **United States Magistrate Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28