# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO RICO PEREZ, | )<br>) |
|       Petitioner, | )  Case No. 2:16-cv-01280-GMN-CWH<br>) |
| vs. | )  **PRE-HEARING ORDER**<br>) |
| ZAIRA ALEJANDRA CARRASCO SAENZ, | )<br>) |
|       Respondent. | )<br>) |

    Presently before the Court is Petitioner Arturo Rico Perez's Case Conference Report/Pre-Trial Memorandum (ECF No. 35), filed on July 15, 2016.

    Also before the Court is Respondent Zaira Alejandra Carrasco Saenz's Memorandum/Status Report (ECF No. 36), filed on July 15, 2016.

    The evidentiary hearing in this case is set for Thursday, July 21, 2016, at 9:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas, Boulevard South, Las Vegas, Nevada. (Mins. of Proceedings (ECF No. 15).) Based on the parties' pre-hearing briefs, it is the Court's understanding that except for Petitioner and Respondent, who will testify in person at the evidentiary hearing, all of the parties' witnesses will provide testimony via an affidavit or declaration. To ensure the accuracy of the record, the Court will provide a certified interpreter to translate Petitioner and Respondent's in-court testimony from Spanish to English. Petitioner and Respondent are advised, however, that they each must provide their own interpreter to translate the court proceedings from English to Spanish for them.

    In the interest of conserving the Court and the parties' resources, before the evidentiary hearing, the parties must meet and confer to attempt to reach stipulations regarding the admissibility of the parties' exhibits. The parties are advised that given the exigency of cases for the return of minor children under the Hague Convention, there are relaxed rules for admissibility

of documents. *See* 22 U.S.C. § 9002 (stating that with respect to applications for the return of minor children under the Hague Convention, "or any other documents or information included with such application or petition or provided after such submission which relates to the application or petition, as the case may be, no authentication of such application, petition, document, or information shall be required in order for the application, petition, document, or information to be admissible in court.").

Finally, at the evidentiary hearing, the parties must provide two exhibit binders containing all exhibits the parties intend to admit at the hearing, one for the Court to refer to during the hearing and one for the Court's official record. The exhibits must be Bates stamped.

IT IS SO ORDERED.

DATED: July 18, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**