**SAO**
WILLICK LAW GROUP
MARSHAL S. WILLICK, ESQ.
Nevada Bar No. 002515
3591 E. Bonanza Road, Suite 200
Las Vegas, NV  89110-2101
(702) 438-4100; Fax (702) 438-5311
email@willicklawgroup.com
Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ARTURO RICO PEREZ,

    Petitioner,

vs.

ZAIRA ALEJANDRA CARRASCO SAENZ,

    Respondent.

Case No.:
2:16-cv-01280-GMN-CWH

**STIPULATION AND ORDER**

Petitioner, Arturo Rico Perez ("Arturo"), by and through his attorneys, Marshal S. Willick, Esq., and Lorien K. Cole, Esq., of the WILLICK LAW GROUP, and Respondent, Zaira Alejandra Carrasco Saenz ("Zaira"), represented  by Ilan Acherman, Esq., of ACHERMAN LAW hereby stipulate and agree as follows:

1. The Parties agree that pursuant to Local Rule IB 3-2(a), Respondent has the right to object to the Magistrate Judge's Recommendations as filed on August 24, 2016. **SPANISH:** Ambos acuerdan que en virtud del Local regla IB 3-2(a), la demandada tiene derecho a oponerse a las recomendaciones del juez magistrado presentadas el día 24 de agosto de 2016.

2. The Parties further agree that either party would have the right to appeal any determination following any objection to the Magistrate's Recommendations. **SPANISH:** Ambos acuerdan que cualquiera de las padres tendría derecho a apelar cualquier determinación después de objeciones a las recomendaciones del magistrado.

3. The Parties further agree that the Petitioner would have the right to file a Motion for Attorney's Fees and Reimbursement of Travel Costs in this case. **SPANISH:** Ambos acuerdan que el demandante tendría derecho a presentar una petición para el reembolso de los gastos de viaje y honorarios de abogado en este caso.

4. The Parties further agree that Respondent will waive her rights to object to the Magistrate Judge's Recommendations filed on August 24, 2016. **SPANISH:** Ambos acuerdan que la demandada renunciará a sus derechos a las recomendaciones del juez magistrado presentadas el día 24 de agosto de 2016.

5. The Parties further agree that they will both waive their right to appeal any determination following any objection to the Magistrate's Recommendations. **SPANISH:** Ambos acuerdan que ellos renunciarán su derecho de apelar cualquier determinación después de objeciones a las recomendaciones del magistrado.

6. That in consideration for Respondent waiving her rights to object to the Magistrate's Recommendations, and in consideration for the Respondent waiving her right to an appeal on any decision by the Court, the Petitioner shall waive his right to request attorney's fees against the Respondent in this case. **SPANISH:** Que en consideración de la renuncia a su derecho a oponerse a las recomendaciones del magistrado por parte de la demandada y en consideración de la renuncia a su derecho a apelar a cualquier decisión de la corte por parte de la demandada, el demandante deberá renunciar a su derecho a solicitar honorarios contra la demandada en este caso.

7. That Respondent and the Petitioner met at the WILLICK LAW GROUP on Friday, September 2, 2016, to return the child to Petitioner's custody; **SPANISH:** Que la demandada y demandante se reunirán con el grupo Willick Law Group el viernes, 2 de Septiembre de 2016, para devolver la niña a la custodia del demandante;

8. That with the child having been returned to Petitioner's custody, and all necessary arrangements having been made for the return of the child to Mexico, that no further hearings in this case are necessary and the same should be vacated. **SPANISH:** Ahora que la niña se le a regresado a la custodia de el demandante y todos los trámites necesarios se an hecho para el regreso de la niña a México, no hay más audiencias necesarias en este caso y el caso se cerrara.

9. That the parties entered into a variety of other agreements attendant to their direct discussions and negotiations, which they held personally and without the advice of counsel on either side. Since the federal court is not a custody or support court, and has no jurisdiction over those subjects, it cannot enter orders relating to those subjects, but the parties have chosen to memorialize their understandings and agreements for the purpose of having them entered as orders by a court of competent jurisdiction:

   a. That neither party will pay the other child support. **SPANISH:** que ninguna de las partes pagará manutención para la niña.

   b. That the Petitioner is granted primary custody of the child and he will be authorized to retrieve the child's Visa in order for travel with the child. **SPANISH:** Que se le otorga la custodia primaria de la niña a el demandante y se le da la autorización a el demandante de recuperar la Visa de la niña para poder viajar con la niña.

   c. That the child shall reside with the Petitioner in Mexico. **SPANISH:** Que la niña va a vivir con el demandante en México.

    d.    That the parties are responsible for the child, when the child is in their custody. **SPANISH:** Que ambos son responsables por la niña, cuando la niña este en su custodia.

    e.    That Petitioner will present the child to the Mexican court so that civil case against the Respondent will be dismissed. **SPANISH:** Que el demandante presentará al la niña a la corte de justicia para que el caso civil contra la demandada se cierre.

    f.    That the parties shall not speak poorly about one another to the child. **SPANISH:** Que ambos no hablaran mal de hambos padres a la niña.

    g.    That Respondent will have visitation with the child in accordance with the school holidays. Specifically, the Respondent will have visitation with the child on Christmas and the Summer break. The Respondent's visitation will commence 3 days after the school break and Petitioner will pick the child up at the Respondent's residence 3 days prior to the commencement of school. The parties agree to exchange Semana Santa (Holy Week) and Christmas. **SPANISH:** Que la demandada tendrá visitas con la niña según las vacaciones escolares. En concreto, la demandada tendrá visitas con la niña en Navidad y en las vacaciones de verano. Visitas de la demandada comenzará 3 días antes de las vacaciones escolares y el demandante recogerá al la niña en la residencia de la demandada 3 días antes del comienzo de la escuela. Las partes pueden acordar intercambiar Navidad y Semana Santa.

    h.    That the Respondent will have open and unrestricted phone and video communication with the child. **SPANISH:** Que la demandada tendra comunicación por teléfono y video libre y sin restricciones con la niña.

    i.    That the Petitioner shall notify the Respondent of changes to his telephone number. **SPANISH:** Que el demandante notificará

inmediatamente a la demandada de cualquier cambio de su número de teléfono.

j.  That the Respondent's immediate family may visit with the child at the Respondent's residence.  **SPANISH:**  La familia directa de la demandada tendra visitas con la niña en la residencia de el demandante.

k.  That the Respondent will be allowed more visitation with the child, in Mexico, upon her adjusting her immigration status.  **SPANISH:** Areglando su estado legal, se le permitira a la demandada mas visitas con la niña en Mexico.

l.  That the child will be picked up and dropped off at the same location. **SPANISH:** En donde se entrega a la niña, se recoge a la niña.

m.  That once the civil case against the Respondent, in Mexico, is dismissed, the Petitioner shall provide the Respondent with certified copies of the dismissal and her Mexican passport.  **SPANISH:** Que una vez que el caso civil contra la demandada, en México, este despedido, el demandante deberá presentar a la demandada, copias certificadas de los despidos y el pasaporte Mexicano de la demandada.

DATED this 2nd day of September, 2016.

WILLICK LAW GROUP

/s/ 

MARSHAL S. WILLICK, ESQ.
Nevada Bar No. 002515
LORIEN K. COLE, ESQ.
Nevada Bar No. 0011912
3591 E. Bonanza Road, Suite 200
Las Vegas, Nevada  89110-2101
(702) 438-4100
Attorneys for Petitioner

Arturo Rico Perez, Petitioner

ACHERMAN LAW GROUP

/s/ Ilan Acherman

ILAN ACHERMAN, ESQ.
Nevada Bar No. 12320
6655 W. Sahara Ave., Ste. D-114
Las Vegas, Nevada 89146
(702) 868-4151
Attorney for Respondent

Zaira Alejandra Carrasco Saenz, Respondent

## ORDER

**IT IS HEREBY ORDERED** that neither party shall file an objection to the Master's Recommendations and that the Recommendations shall be entered by the Court, to the extent they are consistent with this Agreement.

**IT IS FURTHER ORDERED** that neither party shall appeal any orders in this case or file any further motions or moving papers in the case.

**IT IS FURTHER ORDERED** that with the child having been returned to Petitioner's custody, and all necessary arrangements having been made for the return of the child to Mexico, that no further hearings in this case are necessary and the same should be vacated.

**IT IS FURTHER ORDERED** that the case shall be closed upon the filing of this Order.

DATED  September 8, 2016

\\wlgserver\company\wp16\RICO,A\DRAFTS\00135760.WPD

Gloria Navarro
Chief Judge of the United States District Court for the District of Nevada